PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MAX M. DE VIVO, | ) Case No.: 1:15-CV-01332-EPG |
|    Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
| vs. | ) EXTENSION OF TIME FOR DEFENDANT |
| | ) TO FILE OPPOSITION TO PLAINTIFF'S |
| CAROLYN W. COLVIN, | ) MOTION FOR SUMMARY JUDGMENT |
| Acting Commissioner of Social Security, | ) |
|    Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from May 27, 2016 to June 27, 2016.  This is Defendant's first request for extension.  Defendant respectfully requests additional time following recent reassignment of the case in order to adequately research and analyze the issues presented by Plaintiff.  In addition, counsel for Defendant will be on a scheduled vacation from May 26th through May 31st, 2016 – which conflicts with the current deadline.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: May 12, 2016                     */s/ \*Monica Perales*
                                        (*as authorized by email on May 11, 2016)
                                        MONICA PERALES
                                        Attorney for Plaintiff

Dated: May 12, 2016                     PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX,
                                        Social Security Administration

                             By:     */s/  Roya Massoumi*
                                        ROYA MASSOUMI
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

                                        Of Counsel:
                                        TINA L. NAICKER
                                        Assistant Regional Counsel
                                        Attorneys for Defendant

**ORDER**

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than June 27, 2016. Plaintiff may file her reply brief no later than July 12, 2016.

IT IS SO ORDERED.

Dated:   **May 16, 2016**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE