PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MAX M. DE VIVO, | Case No.: 1:15-CV-01332-EPG |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (ECF No. 19) |
| Defendant. | |

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Extend Time for Defendant to Respond to Opening Brief (ECF No. 19) is GRANTED. Defendant's opposition brief shall be filed no later than **July 18, 2016**. Plaintiff's reply brief may be filed no later than **August 2, 2016**.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                        /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE