McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MAX M. DE VIVO, | Case No.: 1:15-CV-01332-EPG |
| Plaintiff, | **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. 406(B) (DKT 30).** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, subject to approval by the Court that the time for responding to Plaintiff's Motion for Attorneys' Fees Pursuant to 42 U.S.C. 406(b) be extended from June 11, 2018 to **June 22, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Due to an oversight and mistake in calendaring Defendant's response time, Defendant did not have sufficient time to prepare its response to Plaintiff's Motion prior to the Court deadline of June 11, 2018 (Dkt. 30). Defendant also had a Ninth Circuit appellate brief due on the same date and was subsequently out of the office on June 12, 2018 and June 13, 2018. Defendant respectfully requests additional time to June 22, 2018 to prepare its response, which includes additional time for agency review. Defendant makes this request in good faith with no

intention to unduly delay the proceedings. The parties further stipulate that the Court's briefing schedule be modified as follows:

Defendant's Response Due: **June 22, 2018**

Plaintiff's Reply Due: **July 6, 2018**.

Respectfully submitted,

Dated: June 14, 2018

*s/ \*Monica Perales*
(*as authorized by email on June 14, 2018)
MONICA PERALES
Attorney for Plaintiff

Dated: June 14, 2018

McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **June 15, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE