# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX M. DE VIVO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-01332-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 37) |

The Court has before it the Joint Stipulation to Modify Supplemental Briefing Deadline (ECF No. 37).

On July 19, 2018, the Court held a hearing on Plaintiff's motion for attorney fees (ECF No. 29, 36). After hearing the parties' arguments, the Court directed the parties to file, by the close of business on August 17, 2018, a joint or separate supplemental submission regarding the calculation of attorney fees (ECF No. 36).

The parties request a short extension of time in which to file their supplemental submission(s). Based on the representations of counsel, the Court finds good cause for and will accordingly grant the extension of time.

IT IS ORDERED that the extension of time (ECF No. 37) is GRANTED.

\\\

\\\

\\\

\\\

The parties shall file, by the close of business on August 31, 2018, a joint or separate supplemental submission regarding the calculation of attorney fees, and specifically addressing the total amount of past-due benefits awarded to Plaintiff.

IT IS SO ORDERED.

Dated: __**August 20, 2018**__   /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE